IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CHEF'S WAREHOUSE MID-ATLANTIC LLC | : : | |
| *Plaintiff* | : : | CIVIL ACTION |
| v. | : : | NO. 25-721 |
| BAYOU BOYS LLC | : | |
| *Defendant* | : | |

### ORDER

**AND NOW,** this 3rd day of September, 2025, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 12), and all relevant filings submitted in support of its Motion, it is hereby **ORDERED** that the Motion is **GRANTED**.  Final judgment is entered in the sum of $141,878.89 in favor of Plaintiff and against Defendant.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**